FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 05 2017

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL No. 17-3403 JP |
| | ) | |
| vs. | ) | 18 U.S.C. §§ 1153 and 1112: Involuntary |
| | ) | Manslaughter. |
| **RAYLAN REANO**, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

On or about October 23, 2016, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **RAYLAN REANO**, an Indian, unlawfully killed Jane Doe, while in the commission of an unlawful act not amounting to a felony, that is while: (1) violating New Mexico's statute prohibiting driving under the influence of intoxicating liquor, N.M. Stat. Ann. § 66-8-102(A) (1978), by operating a motor vehicle and as the result of drinking liquor, being less able to the slightest degree, mentally and physically, to exercise the clear judgment and steady hand necessary to handle a vehicle with safety to the person and the public; (2) violating New Mexico's statute prohibiting driving under the influence of intoxicating liquor, N.M. Stat. Ann. § 66 8-102(C)(1) (1978), by operating a motor vehicle with a blood alcohol concentration of eight one hundredths and more within three hours of driving, and the alcohol was consumed before and while driving the vehicle; and (3) violating New Mexico's statute prohibiting reckless driving, N.M. Stat. Ann. § 66-8-113 (1978), by operating a motor vehicle and driving carelessly and heedlessly in willful and wanton disregard of the rights and safety of others and without due

caution and circumspection and at a speed and in a manner so as to endanger and be likely to endanger any person and property.

In violation of 18 U.S.C. §§ 1153 and 1112.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
11/28/2017