To whom it may concern:

I Mellony Mankee sister of Raylan Reano would like to speak on my brothers behalf and let you all know what kind of person he is and who he has became. I grew up with my brother and knew what kind a young man he has was. He never looked for trouble he was the quiet type. He was very kind and respectful never wanted to hurt a fly. Until our brothers death changed our lives for the worse. Seeing his brother die in his arms has changed Raylan for the worse. I myself seen this change in my brother, he became a different person someone I couldn't recanize. The death of his one and only brother made Raylan turn to alcohol to help him cope with the sadness and hurt. I know there is no way any words can make up for Raylans mistakes. but hope this helps in any way possible and makes you understand that Raylan is the most caring and loveable brother and that everyone deserves a second chance!!! I dont know if the letters makes a difference but for the sake of my brother I am writing this. I love him and we miss him so much.

He is not my biological brother but Raylan and I were raised together in the same home. He is my cousin but I will always consider him my brother at heart. Who we all miss dearly!! I would appreciate it if these letters made a difference and no judgement is passed and we all deserve a second chance in life.

Please and thank you

Sincerly

Mellory Mahkee

To whom it may concern:

I Melcar Chris Mahkee uncle of Raylan Jack Reano would like to write this statement on behalf of the defendant. Mr. Reano grew up on the Zuni Pueblo reservation with our paternal grandfather and raised by our paternal grandmother as well. Our grandparents have been seperated several years by then but we were raised in their ways. Such as they were raised with a strict standard because we have livestock to tend to.

Raylan was always quiet as a child not having many friends at a early age because of our family duties as children. He did attend school throughout his childhood although dropped out of highschool after his fathers sudden and untimely death in Laguna. This, I believe effected Raylan in a negative way for he lived with his father in Laguna for sometime.

But however after the murder of his older brother in 2015 I believe Raylan lost his willpower to go on life in a positive manner. He lost all hopes of having a future we all planned for him. Not only did his brothers murder happen outside our residence, Ray and his mother were the first ones to find his brothers body. Raylan sat outside holding his brothers beaten and bloody

body till the EMTS arrive 15-20 minutes later. Watching a loved one and holding a loved one till their last breaths are taken is detremental to a person. His mentality changed after that incident. He became lost as a child without a family to guide him.

I helped raise him as a child until I went in and out of the system as well. I finally chose to quit drinking and drugging in 2016 after losing my wife and kids. I have been sober since then but wish it wasnt too late to show my nephew/brother that although we endure the harshest outcomes in life we can still make a positive change for ourselves.

In ending I would like to explain that on Mr Reanos behalf he is not a bad or troublesome person but however a person whom had to see a tragic sight of his one and only sibling. He is a good person and will have a good family influence since I have quit all the negative aspects of my life.

He will live with the death of his brother and the death of his girlfriend and child. That is something that will be with him for the rest of his life.

He is loved by his family and missed so very much so please put this in to consideration while passing judgement. Thank you

Sincerely, Malcolm _____