PROB 12C - (Rev. D/NM-8/2014)                                                                           4319123

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW MEXICO

**Petition for Revocation of Supervised Release**

| | |
|---|---|
| Name of Offender: | Raylan Reano |
| Docket Number: | 1084 1:17CR03403 -001JAP |
| Assigned Judge: | Honorable James A. Parker, Senior United States District Judge |
| Date of Original Sentence: | 03/21/2019 |
| Original Offense: | 18 U.S.C. 1153: Involuntary Manslaughter |
| Original Sentence: | BOP: 24 months; TSR: 3 years |
| Date Supervision Commenced: | 01/03/2020 |
| Date Supervision Expires: | 01/02/2023 |
| Other Court Action: | 01/13/2020: A Report on Offender Under Supervision was filed advising the court the defendant admitted to using methamphetamine and Buprenorphine (Suboxone) on January 3, 2020, while still in the custody of the Bureau of Prisons, the same day he commenced his term of supervised release. As a result, his drug tests submitted on January 3, January 4, and January 7, of 2020 returned positive for those substances. No court action was ordered. |
| | 03/12/2020: A Request for Modifying the Conditions or Term of Supervision was filed requesting to add the Special Condition that the defendant reside at a Residential Reentry Center for a term of up to 6 months. This was in response to the defendant failing to comply with his substance abuse treatment plan. On March 16, 2020 the Court added the Special Condition. |

## PETITIONING THE COURT

To issue a summons.

U.S. Probation Officer of the Court, Christopher M. Fiedler, alleges the offender has violated the following condition(s) of supervised release.

| *Violation Type* | *Nature of Noncompliance* |
|---|---|
| SC | You must follow the instructions of the probation officer related to the conditions of supervision. |
| | On March 23, 2020 this officer instructed the defendant to call A New Awakening Inc. by 5pm to schedule his assessment appointment. On March 24, 2020, this officer confirmed with staff at A New Awakening Inc. that the defendant did not call to schedule an appointment. |
| SPC | You must reside in a residential reentry center for a term of (up to) 6 months. You must follow the rules and regulations of the center. |
| | On March 24, 2020, this officer received notification from staff at Diersen Charities Residential Reentry Center that the defendant left their facility without permission and was considered an absconder. Later that same day, the defendant contacted this officer by phone and confirmed |

      that he decided to leave the residential reentry center and returned back to his mother's residence in Zuni, New Mexico.

The maximum statutory penalty:  2 years imprisonment; 3 years supervised release.
The revocation range of imprisonment:  3 to 9 months.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 03/25/2020.

Submitted:                                                                 Approved:                              ☒ Phone Approval

*(signature)*

Christopher M. Fiedler                                              Jack Burkhead
U.S. Probation Officer                                               Assistant U.S. Attorney
Cell #: 505-934-0438                                                505-224-1434

      Date: 03/25/2020