# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| | | | |
|---|---|---|---|
| Before the Honorable Laura Fashing | | | |
| Initial Appearance | | | |
| Case Number: | CR 17-3403 JP | UNITED STATES vs. REANO | |
| Hearing Date: | 5/18/2020 | Time In and Out: | 1:41-2:09 |
| Courtroom Deputy: | N. Maestas | Courtroom: | ABQ Zoom |
| Defendant: | Raylan Reano | Defendant's Counsel: | Aric G Elsenheimer |
| AUSA: | Sarah Mease | Pretrial/Probation: | Christopher Fiedler |
| Interpreter: | N/A | Witness: | |

## Initial Appearance

- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant currently has Court appointed counsel
- ☒ Government moves to detain   ☐ Government does not recommend detention
- ☐ Set for _____ on _____ @ _____

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause   ☐ Court does not find probable cause

## Detention

- ☐ Defendant waives Detention Hearing
- ☒ Government and USPO address Court regarding detention; Defense counsel asks that Defendant remain released; USPO alerts Court that a Second Amended Petition has been filed and a warrant was requested; Defense counsel requests hearing be rescheduled; Hearing tentatively rescheduled to 5/22/2020

## Custody Status

- ☐ Defendant
- ☐ Conditions

## Other

- ☒ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Matter referred to _____ for Final Revocation Hearing
- ☐