**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 19 2020

MITCHELL R. ELFERS
CLERK

AO 468 (Rev. 04-15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 17-CR-3403 JAP |
| RAYLAN REANO | ) | |
| Defendant | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 6/19/20

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Aric G. Elsenheimer, NM 121399
*Printed name and bar number of defendant's attorney*

111 Lomas Blvd., NW. Suite 501
Albuquerque, NM  87102
*Address of defendant's attorney*

aric_elsenheimer@fd.org
*E-mail address of defendant's attorney*

(505) 346-2489
*Telephone number of defendant's attorney*

(505) 346-2494
*FAX number of defendant's attorney*