AO 442 (Rev. 08/14) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
2020 MAY 19 AM 10:53
CLERK-SANTA FE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1084 1:17CR03403-001JAP |
| Raylan Reano | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay (name of person to be arrested) Raylan Reano

Also Known As: Reano, Raylan J

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows: Failing to follow the instructions of the probation officer, failing to reside at a residential reentry center, use of cocaine, and use of marijuana.

Date:   May  19,  2020

_____
*Issuing Officer's signature*

City and state   Albuquerque, NM:          MITCHELL R. ELFERS, CLERK OF COURT
                                           *Printed name and title*

### Return

This warrant was received on ( date ) 5/19/20 , and the person was arrested on ( date ) 6/18/20
at ( city and state )  TAOS, NM                        .

Date: 6/18/20

SANTA FE DEPUTY MARSHALS
*Arresting officer's signature*

L. HARPER   SUPERVISOR
*Printed name and title*