PROB 12C - (Rev. D/NM-8/2014)                                                                                                  4319123

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW MEXICO

## Second Petition for Revocation of Supervised Release

| | |
|---|---|
| Name of Offender: | Raylan Reano |
| Docket Number: | 1084 1:17CR03403 -001JAP |
| Assigned Judge: | Honorable James A. Parker, Senior United States District Judge |
| Date of Original Sentence: | 03/21/2019 |
| Original Offense: | 18 U.S.C. 1153: Involuntary Manslaughter |
| Original Sentence: | BOP: 24 months; TSR: 3 years |
| Date Supervision Recommenced: | 09/09/2020 |
| Date Supervision Expires: | 09/08/2022 |
| Other Court Action: | 01/13/2020: A Report on Offender Under Supervision was filed advising the court the defendant admitted to using methamphetamine and Buprenorphine (Suboxone) on January 3, 2020, while still in the custody of the Bureau of Prisons, the same day he commenced his term of supervised release. As a result, his drug tests submitted on January 3, January 4, and January 7, of 2020 returned positive for those substances. No court action was ordered. |
| | 03/12/2020: A Request for Modifying the Conditions or Term of Supervision was filed requesting to add the Special Condition that the defendant reside at a Residential Reentry Center for a term of up to 6 months. This was in response to the defendant failing to comply with his substance abuse treatment plan. On March 16, 2020, the Court added the Special Condition. |
| | 03/25/2020: A Petition for Revocation of Supervised Release was filed in response to the defendant failing to follow the instructions of the probation officer and failing to reside at the residential reentry center. |
| | 04/14/2020: An Amended Petition for Revocation of Supervised Release was filed in response to the defendant failing to follow the instructions of the probation officer, failing to reside at the residential reentry center, and admitting to the use of cocaine. An Initial Appearance Hearing was scheduled for May 18, 2020. |
| | 05/18/2020: A Second Amended Petition for Revocation of Supervised Release was filed in response to the defendant failing to follow the instructions of the probation officer, failing to reside at the residential reentry center, admitting to the use of cocaine, and testing positive for marijuana. On August 25, 2020, a Final Revocation Hearing was held, and the defendant was sentenced to a custody term of 5 months with 2 years of supervised release to follow. |

## PETITIONING THE COURT

No warrant requested. Emergency warrant issued.

U.S. Probation Officer of the Court, Christopher M. Fiedler, alleges the offender has violated the following condition(s) of supervised release.

| Violation Type | Nature of Noncompliance |
|---|---|
| SPC | You must reside in a residential reentry center for a term of (up to) 6 months. You must follow the rules and regulations of the center.<br><br>On September 10, 2020, this officer confirmed with staff at Diersen Charities Residential Reentry Center that the defendant failed to arrive at their facility, as instructed to by this officer. |

The maximum statutory penalty:  2 years imprisonment; 3 years supervised release.
The revocation range of imprisonment:  3 to 9 months.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 09/11/2020.

Submitted:                                                                 Approved:                    ☒ Phone Approval

*(signature)*

Christopher M. Fiedler                                               Sarah J. Mease
U.S. Probation Officer                                                Assistant U.S. Attorney
Cell #: 505-934-0438                                                  505-224-1406

                                                                              Date: 09/11/2020