# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable B. Paul Briones

Initial Appearance/Preliminary/Detention Hearing - VSR

| | | | |
|---|---|---|---|
| Case Number: | 17cr3403 JAP | UNITED STATES vs. Reano | |
| Hearing Date: | 10/29/2020 | Time In and Out: | 10:52-11:04 |
| Courtroom Deputy: | E. Hernandez | Courtroom: | ABQ Zoom |
| Defendant: | Raylan Reano | Defendant's Counsel: | Aric Elsenheimer |
| AUSA: | Jeremy Pena | Pretrial/Probation: | C. Fiedler |
| Interpreter: | N/A | Witness: | |

### Initial Appearance

- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant wants Court appointed counsel
- ☒ Government moves to detain     ☐ Government does not recommend detention
- ☐ Set for ___ on ___ @ ___

### Preliminary/Show Cause/Identity

- ☒ Defendant waives Preliminary Hearing
- ☒ Court finds probable cause     ☐ Court does not find probable cause

### Detention

- ☒ Defendant waives Detention Hearing
- ☐

### Custody Status

- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

### Other

- ☒ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☒ Matter referred to District Judge for Final Revocation Hearing
- ☐