FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

(Rev. 06/19) Waiver of Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America

v.

**RAYLAN REANO,**

*Defendant*

Case No. 17CR3403 JP

## WAIVER OF DETENTION HEARING

I, <u>RAYLAN REANO</u> charged in: (an indictment, complaint, (petition))

with supervised release violation, Title ____, U.S.C. ____, and having appeared before this Court and been advised of my rights as required by Fed. R. Crim. P. 5 or 32.1 and 18. U.S.C. § 3142, including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing and agree to be detained. However, I reserve the right to petition the court to review my detention and set reasonable conditions of release.

Date: <u>10/29/2020</u>

*Defendant's signature*

ARIC G. ELSENHEIMER, NM 121399
Attorney for Defendant
111 Lomas Blvd. NW Ste. 501
Albuquerque, NM 87102
Email: aric_elsenheimer@fd.org
Phone: (505) 346-2489
Fax: (505) 346-2494