AO 442 (Rev. 10/08) Warrant for Arrest

# UNITED STATES DISTRICT COURT
### District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Raylan Reano | WARRANT FOR ARREST<br>Duplicate Original<br>(Pursuant to Rule 41)<br>Case: 1084 1:17CR03403- 001JAP |

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Raylan Reano and bring him forthwith to the nearest magistrate judge to answer a petition for

☐ Violation of Conditions of Pretrial Release      ☐ Probation Violation      ☒ Supervision Release Violation

charging him
Failing to reside at the Residential Reentry Center.

**FILED**
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO
NOV 30 2020
MITCHELL R. ELFERS
CLERK

WARRANT issued for the defendant's arrest to show cause why the supervision should not be revoked due to violation for the conditions of supervision as set by the Honorable James A. Parker in violation of Special Condition of residing at a Residential Reentry Center for a term of up to 6 months.

I certify that the issuing judge has directed this officer to sign the judge's name on the duplicate original warrant pursuant to Rule 41(e)(3)(D) of the Federal Rules of Criminal Procedure.

| | |
|---|---|
| Honorable B. Paul Briones /s/<br>Name of Issuing Judge | September 10, 2020  17:31<br>Date and Time: |
| Gallup<br>Location | Christopher M. Fiedler /s/<br>United States Probation/Pretrial Services Officer |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant Raylan Reano ||| 
| DATE RECEIVED<br>9-10-20 | NAME AND TITLE OF ARRESTING OFFICER<br>LARRY HARPER  SDUSM | SIGNATURE OF ARRESTING OFFICER<br>FARMINGTON DUSM |
| DATE OF ARREST<br>10-28-20 | | |