# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America

v.

RAYLAN REANO

Case No. 17CR3403 JAP

*Defendant*

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, <u>RAYLAN REANO</u>, Defendant, understand that I am scheduled for a <u>final hearing on Supervised Violation</u> on <u>12/4/2020</u>.

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: 12/4/20

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Aric G. Elsenheimer
*Printed name of defendant's attorney*

aric_elsenheimer@fd.org
*Defendant's attorney's e-mail address*