# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
## FINAL REVOCATION MINUTE SHEET
### BEFORE THE HONORABLE JAMES A. PARKER

| | | | |
|---|---|---|---|
| CR No: | 17-3403 JAP | USA vs. | Reano |
| Date: | 12/4/20 | Defendant: | Raylan Reano |
| Time In/Out: | 1:52 – 2:11 | Total Time in Court: | 19 minutes |
| Clerk: | E. Romero | Court Reporter: | Julie Goehl |
| AUSA: | Sarah Mease | Defendant's Counsel: | Aric Elsenheimer |
| Sentencing in: | remote - via Zoom | Probation Officer: | Christopher Fiedler |
| Interpreter: | | Interpreter Sworn? | ☐ Yes  ☐ No |

- ☒ Court advises Defendant of rights, charges & penalties
- ☒ Defendant ADMITS violation(s): failed to reside at RRC as directed; failed to refrain from committing another Federal, State or Local crime
- ☒ Violation report received
- ☒ Supervision Revoked
- ☐ Petition Held in Abeyance for

## SENTENCE IMPOSED

**IMPRISONMENT (BOP):** 9 months – concurrently with CR-2020-1705 in Zuni Tribal Court

**SUPERVISED RELEASE:** Not reimposed   ☐ Choose an item.

## SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| ☐ | Participate in/successfully complete Choose an item. substance abuse treatment program & grant waiver of confidentiality | ☐ | Submit to substance abuse testing |
| ☐ | Submit to search of person/property | ☐ | Refrain from use/possession of alcohol/intoxicants |
| ☐ | Not knowingly purchase, possess, distribute, administer, use any psychoactive substances | ☐ | Must not possess, sell, offer for sale, etc. any drug paraphernalia |
| ☐ | Participate in mental health treatment program and grant waiver of confidentiality | ☐ | Must take all mental health medications as prescribed |
| ☐ | Participate in community-based program which provides education and training in anger management | ☐ | Reside at a Residential Reentry Center for up to 6 months |
| ☐ | Community service: | ☐ | No contact with victim(s) w/o approval of USPO |
| ☐ | No new credit charges, lines of credit, financial contracts, etc | ☐ | Provide financial information & authorize release of information |
| ☐ | Notify person (organization) deft poses a risk (fiduciary responsibility) | ☐ | Participate in an educational or vocational program approved by the Probation Officer |
| ☐ | Home Confinement under RF monitoring for | ☐ | Participate in/successfully complete inpatient substance abuse treatment program |

## OTHER

- ☒ Advised of Right to Appeal
- ☒ Custody/Release
- ☐ Dismissed Violations:

## PROCEEDINGS

Court in session – parties state appearances; Court confirms defendant agrees to appear by Zoom; Defendant sworn; Court outlines violations; Government outlines evidence that would be proven should the matter proceed to a hearing; Defendant admits violations; Court outlines documents reviewed in preparation for sentencing; Mr. Elsenheimer addresses Court; Ms. Mease responds and requests a term of supervised release be imposed; Officer Fiedler responds; Court imposes sentence.